William K. Enger (State Bar No. 143808)
**WILSON, ELSER, MOSKOWITZ,**
　**EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101

JS-6

Attorney for Plaintiff,
ZHEJIANG MINMETALS SANHE IMPORT & EXPORT CO., LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG MINMETALS SANHE IMPORT & EXPORT CO., LTD.<br><br>　　　Plaintiff(s),<br><br>v.<br><br>ECOFLAX, INC.<br><br>　　　Defendant(s). | CASE NO. SACV14-00856 JVS (JCGx)<br><br>**JUDGMENT** |

　　The defendant, ECOFLAX, INC., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $604,141.32 plus interest thereon; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff, ZHEJIANG MINMETALS SANHE IMPORT & EXPORT CO., LTD., recover of the defendant, ECOFLAX, INC., the total sum of $787,008.09, consisting of pre-judgment interest, amounting to $181,387.57, costs, amounting to $1,479.20, and post-judgment interest at the rate of 0.12% per annum, as

1  authorized by 28 U.S.C. § 1961, from the date of this judgment until the entire
2  amount is paid.
3      The judgment is entered by the Clerk at the request of the plaintiff and upon
4  affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal
5  Rules of Civil Procedure.
6
7  **IT IS SO ORDERED.**
8
9
10
11  Dated: April 02, 2015          By:_____
12                                      Judge James V. Selna